IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GALAHAD SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CASE NO. 2:22-CV-330-RAH |
| TRUSTMARK NATIONAL BANK, et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On December 8, 2024, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 34.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 34) is ADOPTED.

2. The Defendants' Motion to Dismiss and Motion for Entry of Order Awarding Sanctions (Doc. 19) are DENIED.

DONE, on this the 4th day of January 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE