IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GALAHAD SMITH, )
)
      Plaintiff, )
)
v. )
) CASE NO. 2:22-cv-00330-RAH-JTA
TRUSTMARK NATIONAL )
BANK, *et al.*, )
)
      Defendants. )

## ORDER

Upon consideration of the parties' joint *Stipulation of Dismissal* (doc. 66) filed on December 27, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. Accordingly,

1) Defendants' *Motion for Summary Judgment and Incorporated Brief in Support Thereof* (doc. 47) is **DENIED** as moot; and

2) The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 30th day of December 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE